## THOMAS ELLIGOOD v. JAMES ONEAL.

Court of Common Pleas. Sussex. November 27, 1800.

*Rodney's Notes.**

---

* This case is also reported in *Wilson's Red Book, 318.*

*Bayard, Ridgely, Vining* [for plaintiff]. *Wilson, D. Hall* [for defendant].

*Wilson.* Calling a man a rogue not actionable; the words laid in declaration not actionable.

*Bayard.* 1 Del.Laws 346, I conceive the words, "you are a rogue," actionable by our laws and may be taken up and put in the workhouse as vagabonds etc. in 4 Bl.Comm. 169.

PER CURIAM. The words "you are a harborer of thieves" is actionable. As to the words "you are a rogue," the law here is the same as in England, and only actionable as to whom and the manner in which it is applied.

Verdict for plaintiff, fifty cents damages.